AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>DAVID MITSNEFES<br><br>Defendant(s) | Case No. 1:25-mj-985 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __9/13/21 through 12/11/2025__ in the county of __Hamilton__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) & (e) | Attempted Sexual Exploitation of Children |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

BRENDAN MCKINNEY, TFO FBI
Printed name and title

Sworn to before me and signed in my presence.
**via FaceTime video**

Date: __Dec 12, 2025__

_____
Karen L. Litkovitz
United States Magistrate Judge

City and state: Cincinnati, Ohio

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

## AFFIDAVIT

I, Brendan McKinney, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. Your affiant has been employed as a Police Officer with the Blue Ash Police Department since 2013. During affiant's twelve (12) years employed with the City of Blue Ash, he has served as a Patrol Officer, Narcotics/Vice Investigator, and Detective. Affiant currently serves as a Detective with the City of Blue Ash Police Community Impact Unit (CIU) and a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI). Affiant is currently assigned to the Child Exploitation-Human Trafficking Task Force in the FBI's Cincinnati Field Office. In this position, affiant is responsible for investigations of violations of law involving various violent crimes to include crimes against children, violent criminal acts, and human trafficking As a federal task force officer, I am authorized to investigate violations of United States laws and to execute warrants issued under the authority of the United States.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 2251 – Attempted Sexual Exploitation of Children and 18 U.S.C. § 2252A(a)(5)(B) - possession of child pornography, the "subject offenses", have

been committed by DAVID MITSNEFES. I make this affidavit is support a criminal complaint for those charges.

## PROBABLE CAUSE

4. On September 13, 2021, ▇ came to Blue Ash Police Department to report that an unauthorized hidden camera device was located in her 14-year old daughter's ▇ bedroom located at ▇. ▇ advised she was organizing ▇ upstairs bedroom when she observed a power cord plugged into a wall outlet behind a spare bed. ▇ advised she followed the cord to what appeared to be a small hidden camera system that was placed on the floor between a trash bin and the corner of the spare bed. ▇ advised the camera's lens was pointed in the direction of ▇ mirrored closet doors. ▇ advised the closet door mirrors could possibly reflect the two single beds on the other side of the room.

5. ▇ advised ▇ and her sister (▇) arrived home from Chicago for her school holiday vacation on September 2, 2021. ▇ stated her 28-year old ▇ ▇, his wife ▇, and their ▇ had also stayed in the ▇ upstairs bedroom until September 7, 2021. ▇ advised she has had numerous family members at her house for the upcoming season of religious holidays.

6. ▇ provided affiant the "FOWL" smart mini camera system that she pulled from the ▇ room. The camera was black and cubed shaped with a charging cable attached. Affiant observed the camera had an "ON/OFF" switch and a mini SD card slot on the back. Affiant did not observe a mini SD card inside the camera. ▇ stated she believes there was not a mini SD card in the camera when it was found. ▇ also

2

advised she was unsure if the camera was on or off when it was found. ▮ advised she asked her husband and all of her children about the camera, but nobody knew about the device. An internet search of the "FOWL" smart camera gave the product description "Wifi wireless connection, local connection, remote IP connection, anytime, anywhere". Affiant was unable to retrieve any digital evidence from the device.

7. On June 21, 2022, affiant spoke with ▮ who advised a new hidden camera was located in the same bedroom of her now 15-year-old daughter ▮. ▮ advised ▮ was about to get undressed when she located the camera in the same spot (on floor near right side wall outlet) where the previous camera was located on September 13, 2021. ▮ advised the circumstances around the incident were almost identical to the 2021 incident. ▮ advised ▮ was visiting while on break from her school in ▮ for their religious holiday. ▮ advised the FOWL mini camera was found at around 1:00pm on June 20, 2022. ▮ advised her daughters came home from school on June 4, 2022. Similar to the first camera located, there was no mini SD card located inside the camera, and affiant was unable to retrieve any digital evidence from the device.

8. On July 22, 2022, ▮ came to Blue Ash Police Department for what she described as an "update" for ongoing investigations involving hidden cameras located in her ▮ daughter's room. Upon arrival, ▮ presented two additional hidden cameras that were located in her ▮ and her now ▮ bedrooms. ▮ stated ▮ located what appeared to be a black wall plug for a phone USB cord in her room, but it was actually a recording device that contained a Sandisk micro SD card for media storage. ▮ advised she and ▮ then

searched for additional cameras and located another camera in ▮ bedroom on the floor next to the bed furthest from the door. The camera located in ▮ room was another black mini FOWL camera that appeared similar to the previous cameras located in her room. Affiant observed the mini "FOWL" camera also contained a Sandisk micro SD card that was inserted in the card slot. ▮ advised ▮ no longer sleeps in that room because of the prior incidents, but the closet still contains clothes.

9. Affiant reviewed the video files stored on the Sandisk micro SD card located in the mini "FOWL" camera (located in ▮ room). A total of sixty-three (63) video files were stored on the SD card. The videos were dated between July 6, 2022, through July 15, 2022. While reviewing the videos, affiant observed a white hand manipulating the camera to change the camera angle on numerous occasions. Upon further review, affiant observed an unknown suspect face of a white male (large nose, facial hair above and below lips, white shorts, hairy legs). The suspect also held a white or light colored iPhone with three (3) rear lenses (Pro or Pro Max models from generations 11,12, or 13) using its flashlight. Affiant also observed the suspect possibly wearing a black shirt containing the University of Cincinnati "C" logo (black/white/red). The video also showed a partial view of the suspect face and what appeared to be a mobile video app linked to the camera, in use on the suspect's phone. Affiant also observed a watch on the left wrist of suspect (dark colored band and silver side of watch).

10. On April 3, 2023, affiant spoke with ▮ who advised another mini spy camera was located inside her house (similar to previous cameras located in the residence). ▮ advised the device was still inside her now ▮ ▮ old bedroom. ▮ advised her now ▮ located a black

cell phone wall outlet plug under the desk on March 28, 2023. Upon further investigation, the outlet plug appeared to be a mini spy camera. ▆ advised ▆ recently returned home from school for a holiday, but her bedroom is no longer used for sleeping.

11. ▆ then came to BAPD, for a follow up interview. ▆ advised she did a sweep of the room "probably at the end of February", but definitely before she left for Israel on March 12, 2023, and did not notice any suspicious devices. ▆ advised she and her husband were the only household members that were in Israel and they both returned to Blue Ash on March 21, 2023. ▆ advised their residence has a Ring doorbell, and she initially stated it did not show any suspicious persons. She stated the backdoor has a code, but no cameras, and there were no signs of forced entry anywhere in the residence. Affiant showed ▆ still images of the camera being installed from the 3rd incident in July 2022 and she initially stated she did not recognize the suspect.

12. Affiant then attempted to analyze the spy camera. Affiant peeled back the rear top portion above the prongs and located a 256GB mini SD card inside the device. The SD card appeared to contain 24GB of files, but were initially unreadable. Affiant requested the assistance of the FBI Cincinnati Field Office in making the files viewable.

13. The files were returned and affiant reviewed the videos dated between March 19, 2023, through April 3, 2023. Affiant observed the first and only video dated on March 19, 2023 (Totaling seven seconds), and it showed the camera was filming in an upside down position. Affiant observed there were no files present or dated March 20, 2023. The next video was dated on March 21, 2023 at 7:33pm, which now showed the video filming in

5

an upright position and an unknown white male, wearing what appeared to be an ▇, walking away from the bedroom in the upstairs hallway.

14. Affiant observed three videos dated on March 23, 2023, where ▇ goes into the bedroom and attempts to change clothes. The first video (12:27pm) shows ▇ start to pull down her skirt and exposes her hip and/or top portion of her groin area, but stops and then quickly leaves the room. The second video (7:19pm) shows ▇ take off her shirt and exposes her back and the side/front area of her bra. The third video (7:21pm) shows ▇ sitting just outside the bedroom in the hallway pulling up her leg stockings and briefly exposing her thighs.

15. On April 17, 2023, affiant conducted a follow up interview with ▇ and she advised after consideration, some of the features she observed from the still images of the suspect were possibly of ▇. ▇ also advised ▇ knew the code to enter her residence and was observed on Ring doorbell footage entering her residence to bring in mail/packages. Blue Ash Police Department executed a search warrant at ▇, but did not locate any Child Sexual Abuse Material (CSAM).

16. On November 19, 2025, Blue Ash Police Department received a phone call from ▇, who advised an unknown subject may have entered his residence ▇ while he and his family were out of town. ▇ stated his wife ▇ located possible footage of the suspect on their Ring doorbell camera. Affiant responded to ▇ and spoke with ▇ and their ▇. ▇ advised their family was out of town over the weekend (11/14-11/17/25) and when she returned home she was browsing her

6

Ring doorbell videos. ▮ advised while doing so, she observed videos of an unknown white male subject entering their residence through the front door by using the door's push code feature. Affiant then observed the Ring doorbell footage at 1:36am of a suspect and it showed an unknown white subject (smaller build/black hat/black jacket with hood/black pants/wrist watch/black or dark colored shoes with white soles) kneeling on the front porch while entering the code. While viewing the footage, it appeared the suspect did not force entry and knew the code to enter the residence. Affiant then observed from an additional interior camera located at the top of the stairs, the suspect walk directly upstairs to the bedrooms normally occupied by ▮ (now ▮ ▮. The footage shows the suspect enters ▮ at 1:37am and it exits the room two minutes later at 1:39am. The suspect then walks downstairs and no other security footage shows the suspect's location.

17. ▮ advised she and the rest of her family have not discovered anything missing from their residence at this time, but the incident could be related to prior unresolved voyeurism investigations involving mini spy cameras located in ▮ bedrooms from 2021-2023. Affiant/brother officer photographed and searched ▮ bedrooms and did not locate anything of evidentiary value. Affiant then asked if anyone in family has observed any other strange or suspicious behavior recently, and ▮ advised there was a possible suspicious incident that occurred around August 16, 2025 at their residence. ▮ stated her family was originally supposed to host a large party at their residence one day beforehand, but she and her family unexpectedly travelled out of town for the birth of her grandson. ▮ advised she allowed family friends and members from her congregation to enter her residence to have the party as planned.

7

███ advised due to she and the congregation's Jewish faith and traditions, lights in the residence were not able to be turned off during the Sabbath. ███ stated she observed on her Ring security cameras (video no longer available due to time restrictions), a 32-year old male subject known to her as David Mitsnefes, enter her residence by using the front door code after the Sabbath had concluded. ███ advised Mitsnefes lives ███ ███ with his mother on Peppermill Ln. ███ advised Mitsnefes entered the residence alone and ultimately walked upstairs into the same bedrooms where ███ ███ sleeps. ███ stated Mitsnefes was in the bedrooms for the roughly the same two minute period as the suspect on November 16, 2025. ███ initially thought the reason Mitsnefes went to the residence was to turn off the lights after the Sabbath had concluded. Affiant then asked ███ and the rest of the family if it was normal for someone other than family to walk around upstairs in their residence by themselves. The entire family all advised that is not normal behavior and it could be viewed as suspicious. ███ advised she never asked Mitsnefes to turn off the lights in their residence, and it was not implied in anyway for him to enter their residence alone. ███ advised less than ten people know the code to enter their residence, but advised Mitsnefes' mother does know the code.

18. Affiant then observed Mitsnefes' information in the Ohio Bureau of Motor Vehicles (BMV) database and it lists a smaller build (5'3"/110lbs) white male with brown hair. Mitsnefes' BMV picture also shows him with a brown beard. While reviewing the Ring doorbell footage, affiant observed the suspect appears to have some dark beard facial hair. ███ also stated Mitsnefes helps with ███ and would be familiar

8

with his family's schedules and he has frequently observed him wearing similar style shoes in the past.

19. On November 20, 2025, affiant responded to ▇ to view the residence's wireless router system. ▇ advised Mitsnefes has a strong knowledge of technology and has repaired their residence's internet in the past. Affiant advised ▇ if Mitsnefes has repaired the residence's internet system in the past, it is possible he has previously connected to the network. ▇ consented to a search of the residence's Google Home device(s) to determine if any wireless device(s) connected to the Google Home account during the time of the burglary. ▇, with the assistance of his son ▇, was able to log into the Google account and view the Google Home wireless connections from the previous seven (7) days, which covered the time of the burglary. ▇ advised although he could view connections of certain devices, the log did not show specific time/date stamps from that seven-day period. While viewing the log, ▇ advised some of the devices appeared to belong to the residence, but one unknown iPhone, containing the Media Access Control (MAC) address: d6:12:5d:b1:9e:3c, possibly connected to the Google Home network for a very short period of time.

20. Affiant knows from training and experience, an electronic device, like a cellular phone, contains a MAC address that can help identify devices that connect to various networks. Additionally, affiant conducted an internet search of the "Netgear" website, which stated a "MAC address" is "a unique identifier assigned to network interfaces for communications. It's like a digital fingerprint for your network devices and is essential for network protocols to efficiently route data".

9

21. Additionally, ▬ advised while visiting his family in September 2025, he spoke with Mitsnefes who told him he was planning to purchase a newer model iPhone 17. ▬ also stated he believed he observed Mitsnefes possessing an iPhone 15 or 16 when he spoke to him at the time.

22. On November 26, 2025, affiant conducted surveillance of Mitsnefes as he left the area of his residence (4259 Peppermill Ln). Affiant then observed Mitsnefes walk into a Kroger grocery store. While inside the store, affiant observed Mitsnefes wearing a wristwatch on his left wrist, which is similar to the suspect in prior security footage at the victim's residence. Affiant also observed Mitsnefes wearing a similar style shoe as observed in the most recent victim security footage. Lastly, affiant observed Mitsnefes holding what appeared to be an iPhone 17 Pro or Pro Max with a distinct oblong shape at the top side of the phone.

23. On December 8, 2025, affiant was once again contacted by the homeowner, ▬ who advised Mitsnefes entered his residence on December 7, 2025. ▬ advised Mitsnefes requested to come to his residence to speak with his wife, ▬ advised Mitsnefes stayed for a brief conversation with ▬ and left. ▬ advised after Mitsnefes left the residence he called his son ▬ to check the residential Google Home network. Affiant then spoke with ▬, who sent screenshots of all devices that had connected to the Google Home device(s) located at ▬. Upon reviewing the devices, affiant determined there were only two (2) iPhone devices that had connected with the Google Home network within the previous twenty-four (24) hours. Upon further review, affiant determined that one iPhone contained a MAC address that was consistent with a device that connected daily

to the network, belonging to ▮. Affiant also was able to identify another iPhone that connected to the network that contained the MAC address: d6:12:5d:b1:9e:3c, which is the same MAC address that connected to the Google Home device(s) within the seven-day period when the latest burglary occurred on November 16, 2025. Affiant spoke ▮, who advised no person within the residence at ▮ ▮ had observed Mitsnefes on or around the residence since November 7, 2025 (nine days before burglary). ▮ also confirmed Mitsnefes was not observed approaching or entering the residence on any Ring doorbell camera footage of the residence.

24. On December 11, 2025, Blue Ash Police Department, with the assistance of the Federal Bureau of Investigation (FBI), and Hamilton County Sherriff's Office's Regional Electronics and Computer Investigations (RECI) division, executed a search warrant at 4259 Peppermill Lane in the City of Blue Ash. During the execution of the search warrant, affiant/brother officers contacted David Mitsnefes at the front door of the residence. Affiant advised Mitsnefes officers possessed a search warrant for the residence. Affiant and FBI Special Agent Kilbourne then conducted a voluntary interview with Mitsnefes in an unmarked police vehicle in the front of the residence. Affiant did not place Mitsnefes in any restraints and advised Mitsnefes that he was not under arrest. Affiant also told Mitsnefes the front passenger door next to him was unlocked. Affiant then advised Mitsnefes of his Miranda rights, which he waived. Mitsnefes stated his highest level of education was a Bachelor's degree from the University of Cincinnati. Over the course of the interview, Mitsnefes stated that he owned numerous electronic devices, to include cellular phones, laptops, hard drives, and

camera systems. Mitsnefes advised most of the devices were located in his upstairs bedroom. Mitsnefes advised he owned numerous iPhones to include an iPhone 17 Pro. Mitsnefes also stated he owned and/or had purchased numerous "security camera" systems in the past. Mitsnefes stated he mostly purchased the cameras on Amazon. Mitsnefes stated he sometimes used "apps" to view or sometimes livestream his cameras. Affiant then asked Mitsnefes if he knew a family that lived ▇▇▇ ▇▇▇. Mitsnefes advised he knew the whole family to include two females, ▇▇▇ who have lived at the residence in the past. Affiant then asked Mitsnefes if he had ever been inside the ▇▇▇ residence of ▇▇▇ alone. Mitsnefes admitted he entered the residence several occasions without permission to place cameras inside the bedrooms of ▇▇▇ starting in September 2021. Mitsnefes advised he obtained the front door code from a family member in August 2021 and had previously repaired the residence's home internet network. Affiant observed in September 2021, ▇▇▇. Mitsnefes stated he possibly entered the residence on ▇▇▇ a total of ten (10) times from September 2021, until November 2025. Affiant observed ▇▇▇ was a minor for a total of four (4) incidents involving recovered hidden cameras in her bedroom from September 2021, until March 2023. Mitsnefes admitted he placed the cameras facing both minor's bedroom closets and saved videos of both minors in a state of nudity. He was able to do so as he connected the cameras to the wifi. Mitsnefes admitted he saved the nude videos of both minors to his iPhone 17 Pro. Mitsnefes also admitted that on numerous occasions when inside both minor's bedroom's he took their bras and underwear and stored them inside his bedroom.

12

25. During the interview, Mitsnefes also admitted to downloading and possessing pornography involving minors. Mitsnefes admitted he had numerous devices, to include laptops, hard drives and phones in his bedroom that contained Child Sexual Abuse Material (CSAM). Affiant then asked Mitsnefes the estimated ages of the minors in the pornography he possessed, and he stated, "it's bad". Mitsnefes admitted the ages of the minors were likely under five (5) years old. Mitsnefes then provided the location of the photos and videos and the devices they were located on.[1]

## CONCLUSION

26. I submit that this affidavit supports probable cause for the charges in the criminal complaint.

Respectfully submitted,

Brendan McKinney Task Force Officer Federal Bureau of Investigation

Subscribed and sworn to before me via FaceTime on December 12, 2025

Karen L. Litkovitz
United States Magistrate Judge

---

[1] Review of the devices is currently ongoing.

13